1277-15

# ELECTRONIC RECORD

COA # 02-14-00199-CR       OFFENSE: 19.02

STYLE: Alcides Larrinaga a.k.a. Alcides Larringa v. The State of Texas       COUNTY: Tarrant

COA DISPOSITION: AFFIRMED       TRIAL COURT: 396th District Court

DATE: 08/06/15       Publish: NO   TC CASE #: 1328386D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Alcides Larrinaga a.k.a. Alcides Larringa v. The State of Texas       CCA #: 1277-15

_____APPELLANT'S_____ Petition       CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE: _____

_____REFUSED_____       JUDGE: _____

DATE: 11/18/2015       SIGNED: _____       PC: _____

JUDGE: Per Curiam       PUBLISH: _____       DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**